1  WILLIAM H. KIMBALL (Bar No. 242626)
   whkimball@whkimball.com
2  LAW OFFICE OF WILLIAM H. KIMBALL
   803 Hearst Avenue
3  Berkeley, CA 94710
   (510) 704-1400 (Tel)
4  (510) 649-5050 (Fax)

5  Attorney for Defendant Eric Burton Benson

6

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                        OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,        )   Case No.: CR-12-00480 YGR
                                     )
12            Plaintiff,             )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER MODIFYING SUMMONS**
13        vs.                        )   **DATE**
                                     )
14  ERIC BURTON BENSON,              )
                                     )
15            Defendant              )

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order – 1

1    The parties hereby stipulate and move this Court to enter an order modifying the

2  date and time that the defendant Eric Benson is summoned to appear before the Court to

3  August 6, 2012, at 9:30 a.m.

4    The defendant Eric Benson is currently summoned to appear on July 24, 2012 at

5  9:30 a.m.

6    This motion is made due to the availability of Mr. Benson's counsel.

7    Mr. Benson has been informed of and consents to the proposed modification of the

8  summons date.

9  Dated:                          Respectfully Submitted,

10                                 LAW OFFICE OF WILLIAM H.
                                   KIMBALL
11
                                   //s//
12
                                   WILLIAM H. KIMBALL
13                                 ATTORNEY FOR ERIC BENSON

14
                                   MELINDA L. HAAG
15                                 US ATTORNEY

16                                 //s//
17
                                   WADE M. RHYNE
18                                 ASSISTANT US ATTORNEY

19

20    GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

21  Dated:  07/18/12

22

23                                 _____
                                   HON. DONNA M. RYU
24                                 US MAGISTRATE JUDGE

25

26

27

28

Stipulation and [Proposed] Order  -  2