MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

  1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-mail: keslie.stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00480 YGR |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JAN. 31, 2013 |
| BURTON ORVILLE BENSON, and ERIC BURTON BENSON, | |
| Defendants. | |

The above-captioned matter is currently set on December 6, 2012, before U.S. District Judge Yvonne Gonzalez Rogers for a status hearing. This will be the parties' second appearance before the Court. Since the first appearance, the government has produced an additional 30,000 pages of materials obtained from search warrants. The parties agree and stipulate that the defense needs additional time to review these materials. Therefore, the parties jointly request and stipulate that the matter be continued to January 31, 2013 at 2:00 p.m., and that the Court exclude time under the Speedy Trial

STIPULATION AND EXCLUSION OF TIME
CR 12-00480 YGR

1

Act between December 6, 2012 and January 31, 2013.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

This continuance will allow the reasonable time necessary for effective preparation and for continuity of counsel taking into account the exercise of due diligence.  As such, the parties respectfully request that the time between December 6, 2012 and January 31, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Dated: November 30, 2012

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: December 3, 2012

/s/
ISMAEL RAMSEY
Counsel to Defendant Burton Benson

Dated: November 30, 2012

/s/
WILLIAM KIMBALL
Counsel to Defendant Eric Benson

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until January 31, 2013 at 2:00 p.m. before the District Court, and time is excluded until January 31, 2013.

**IT IS SO ORDERED.**

DATED: December 3 , 2012

YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 12-00480 YGR

2