WILLIAM H. KIMBALL (Bar No. 242626)
whkimball@whkimball.com
LAW OFFICE OF WILLIAM H. KIMBALL
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400 (Tel)
(510) 649-5050 (Fax)

Attorney for Defendant Eric Burton Benson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-12-00480 YGR (KAW) |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING BAIL CONDITIONS** |
| vs. ) | |
| ERIC BURTON BENSON, ) | |
| Defendant ) | |

Stipulation and [Proposed] Order - 1

The parties hereby stipulate and move this Court to enter an order modifying the defendant Eric Benson's release conditions to allow him to travel to the Lake Tahoe area in order to visit a family vacation property and to participate in avalanche rescue training, with prior approval and as directed by Pretrial Services.

On August 6, 2012, Mr. Benson was arraigned and pled not guilty to charges of wire fraud, conspiracy, theft from an employee pension benefit plan, bank fraud, and money laundering. Mr. Benson was released on an unsecured bond of $100,000. His current release conditions limit his travel to the Northern District of California, although the court has modified his release conditions to him to travel within the United States for military duties, education, and training programs, with prior approval and as directed by Pretrial Services.

Mr. Benson seeks permission to visit a vacation property in the Lake Tahoe area owned by his wife's family during the holidays and the coming months. He also hopes to participate in one or more avalanche "search and rescue" courses held in the Lake Tahoe area with his rescue dog during the winter ski season. The California Rescue Dog Association sponsors this training. Mr. Benson has been member of this organization since approximately 2004.

Mr. Benson has fully complied with all release conditions to date. Counsel for the United States does not object to this request to modify Mr. Benson's release conditions to permit him to travel to the Lake Tahoe area, with prior approval and as directed by Pretrial Services. The assigned Pretrial Services officer, Amaryllis Gonzalez, has been informed of this request.

Mr. Benson's next court appearance is set for January 31, 2013, at 2:00 p.m. before Judge Gonzalez Rogers.

Dated:                                                Respectfully Submitted,

                                                    LAW OFFICE OF WILLIAM H. KIMBALL

//s//

WILLIAM H. KIMBALL
ATTORNEY FOR ERIC BENSON

MELINDA L. HAAG
US ATTORNEY

//s//

KESLIE STEWART
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 12/18/12

_____
HON. KANDIS A. WESTMORE
US MAGISTRATE JUDGE