WILLIAM H. KIMBALL (Bar No. 242626)
whkimball@whkimball.com
LAW OFFICE OF WILLIAM H. KIMBALL
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400 (Tel)
(510) 649-5050 (Fax)

Attorney for Defendant Eric Burton Benson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC BURTON BENSON,<br><br>Defendant | Case No.: CR-12-00480 YGR (KAW)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER MODIFYING BAIL**<br>**CONDITIONS** |

Stipulation and [Proposed] Order - 1

The parties hereby stipulate and move this Court to enter an order modifying the defendant Eric Benson's release conditions to allow him to travel with his family to the Las Vegas, Nevada area for the Easter holiday, during the period March 28 to April 2, 2013, with prior approval and as directed by Pretrial Services.

Mr. Benson is now released on an unsecured bond of $100,000. His current release conditions limit his travel to the Northern District of California, although the Court has modified his release conditions on several occasions to permit travel outside the Northern District with prior approval and as directed by Pretrial Services. Mr. Benson has fully complied with all release conditions to date.

Counsel for the United States does not object to this request to modify Mr. Benson's release conditions to permit him to travel to Las Vegas with his family for the holiday weekend. Pretrial Services has no objection to this request provided Mr. Benson provides travel and contact information for the trip in advance.

Mr. Benson's next court appearance is set for May 2, 2013, at 2:00 p.m. before Judge Gonzalez Rogers.

Dated:                             Respectfully Submitted,

LAW OFFICE OF WILLIAM H. KIMBALL

//s//

WILLIAM H. KIMBALL
ATTORNEY FOR ERIC BENSON

MELINDA L. HAAG
US ATTORNEY

//s//

KESLIE STEWART
ASSISTANT US ATTORNEY

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: 3/27/13

_____
HON. KANDIS A. WESTMORE
US MAGISTRATE JUDGE